

# NUMBER 13-13-00482-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

BRADFORD CONDIT,                                                   APPELLANT,

v.

FIRST COMMUNITY BANK,                                           APPELLEE.

### On Appeal from the 347th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Bradford Condit, perfected an appeal from a judgment entered by the 347th District Court of Nueces County, Texas, in cause number 2012-DVC-112-H. This cause is before the Court on appellant's motion to dismiss the appeal and appellee's motion to abate and motion for sanctions.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Appellee's motion to abate is dismissed as moot and appellee's motion for sanctions is denied.

PER CURIAM

Delivered and filed the
27th day of March, 2014.

2